CHARLES HYATT, Appellant, v. THE STATE OF NEW YORK, Respondent.

121a 665
140 482

(Submitted April 14, 1890; decided April 29, 1890.)

Appeal from award of the Board of Claims made March 14, 1889, which dismissed a claim filed by the appellant.

*T. E. Hancock* for appellant.

*Charles F. Tabor, Attorney-General,* for respondent.

Agree to affirm ; no opinion.
All concur.
Award affirmed.

---

In the Matter of the NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent, to acquire lands of THE CHARLOTTE IRON WORKS, Appellant.

(Argued April 14, 1890; decided April 29, 1890.)

APPEAL from order of the General Term of the Supreme Court in the fifth judicial department, made December 29, 1889, which reversed an order of Special Term granting the respondent's application for the appointment of commissioners herein.

*Theodore Bacon* for appellant.

*Edward Harris* for respondent.

Agree to affirm on opinion below.
All concur.
Order affirmed.